UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JASON G. JOLIN,

    Plaintiff,

    v.                                         Case No. 13-C-128

CAROLYN W. COLVIN,
Acting Commissioner for Social Security Administration,

    Defendant.[1]

## ORDER OF REMAND PURSUANT TO SENTENCE FOUR
## OF SECTION 205 OF THE SOCIAL SECURITY ACT

This case is before the Court pursuant to a Joint Motion for Remand to the Acting Commissioner for Further Action filed on June 28, 2013, based on an agreement by the parties that the case should be remanded to the Commissioner for further proceedings.

**THEREFORE, IT IS HEREBY ORDERED** that this matter is remanded to the Acting Commissioner pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g).

Upon remand, the ALJ will hold a de novo hearing and proceed through the five-step sequential evaluation for disability as appropriate.

---

[1] On February 14, 2013, Carolyn Colvin became Acting Commissioner of Social Security. Pursuant to the Social Security Act and the Federal Rules of Civil Procedure, Carolyn Colvin is automatically substituted as Defendant-Appellee in this suit, which services notwithstanding the change. 42 U.S.C. § 405(g); Fed. R. Civ. P. 25(d).

**NOW, THEREFORE, IT IS ORDERED,** that the Joint Motion for Remand be granted.

**IT IS ALSO ORDERED** that the Clerk of the United States District Court is directed to enter judgment accordingly.

Dated at Green Bay, Wisconsin, this   29th   day of June, 2013.

BY THE COURT:

 s/ William C. Griesbach
HONORABLE WILLIAM C. GRIESBACH
Chief United States District Judge